No. 569. ELIZABETH S. PRENTISS *v.* MARK EISNER, COLLECTOR OF INTERNAL· REVENUE, ETC. October 25, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Royall Victor* and *Mr. Philip L. Miller* for petitioner. *The Solicitor General* and *Mrs. Annette Abbott Adams,* Assistant Attorney General, for respondent.

---

No. 576. J. E. BREWER ET AL. *v.* POSTAL TELEGRAPH-CABLE COMPANY. October 25, 1920. Petition for a writ of certiorari to the Kansas City Court of Appeals of the State of Missouri denied. *Mr. Albert S. Marley* for petitioners. No appearance for respondent.

---

No. 573. HARRY S. MECARTNEY *v.* BAINBRIDGE COLBY, SECRETARY OF STATE, ET AL. October 25, 1920. Motion to be heard orally on petition for a writ of certiorari refused, and petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Harry S. Mecartney* and *Mr. W. C. Sullivan* for petitioner. *The Solicitor General* for respondents.

---

No. 19. NEW YORK SCAFFOLDING COMPANY *v.* GEORGE R. WHITNEY, SR., AS ADMINISTRATOR, ETC. November 8, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Announced by Mr. Justice McKenna. *Mr. Frank Chase Somes* and *Mr. C. P. Goepel* for petitioner. *Mr. Wallace R. Lane* and *Mr. Robert H. Parkinson* for respondent. See *ante,* 24, 32.